IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HINDOLUI KENNIE, | : | CIVIL ACTION |
| | : | NO. 19-733 |
| Petitioner, | : | |
| v. | : | |
| | : | |
| WARDEN OF GEORGE HILL | : | |
| CORRECTIONAL FACILITY, et al., | : | |
| | : | |
| Respondents. | : | |

### ORDER

**AND NOW**, this **20th** day of **October, 2020,** upon consideration of Hindolui Kennie's Petition for Writ of Habeas Corpus (ECF No. 1), the Respondents' response in opposition (ECF No. 24), and the Report and Recommendation of U.S. Magistrate Judge Carol Sandra Moore Wells (ECF No. 27), it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;[1]

2. The Petition for a Writ of Habeas Corpus is **DISMISSED AS MOOT**, without an evidentiary hearing;[2] and

---

[1] Petitioner was released from prison in February 2020, and it is not clear whether he received a copy of the Report and Recommendation. However, it is the Petitioner's job to inform the court of any address change, and he has not done so since his release in February. Consequently, there is no way for the court to mail him a copy of the Report and Recommendation.

[2] Petitioner complains about the amount of bail imposed for his 2018 case and the delay in his final probation revocation hearing for his 2016 case. He requests that the probation detainer for the 2016 case be rescinded. However, Petitioner has already been convicted in the 2018 case and had his final probation revocation hearing for the 2016 case. Furthermore, the detainer for

3. Petitioner has neither shown denial of a federal constitutional right, nor established that reasonable jurists would disagree with this court's procedural disposition of his claims. Consequently, a certificate of appealability is **DENIED.**

**AND IT IS SO ORDERED.**

_/s/ Eduardo C. Robreno_____
**EDUARDO C. ROBRENO, J.**

---

the 2016 case has expired. Consequently, this court cannot provide Petitioner any relief and his claims are moot.